# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **JUDGMENT IN A CRIMINAL CASE** |
| | (For **Revocation** of Supervised Release) |
| v. | |
| | Case Number: **1:22-CR-00180-001** |
| **ADAM WALKER** | USM Number: **55005-509** |
| | **Melvin H. Dixon, Esquire** |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition of the term of supervision as set forth in the Petition dated 6/9/26.

☐ was found in violation of condition(s) after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Statutory | New Offense | 5/3/2026 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

    IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

**July 9, 2026**
_____
Date of Imposition of Judgment

**/s/Terry F. Moorer**
_____
Signature of Judge

**TERRY F. MOORER**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

**July 10, 2026**
_____
Date

AO 245D (SDAL 01/16) Judgment in a Criminal Case                    Judgment -- Page 2 of 6

DEFENDANT:          ADAM WALKER
CASE NUMBER:        1:22-CR-00180-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**TEN (10) months.**

☒    The court makes the following recommendations to the Bureau of Prisons:
that the defendant be imprisoned at an institution where substance abuse and mental health treatment programs are available.

☒    The defendant is remanded to the custody of the United States Marshal.
☐    The defendant shall surrender to the United States Marshal for this district:

☐    at          ☐    a.m.    ☐    p.m.    on

☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐    before 2 p.m. on
☐    as notified by the United States Marshal.
☐    as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____

DEPUTY UNITED STATES MARSHAL

AO 245D (SDAL 01/16) Judgment in a Criminal Case                                    Judgment -- Page 3 of 6

DEFENDANT:          ADAM WALKER
CASE NUMBER:        1:22-CR-00180-001

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: **Thirty-six (36) months.**

☒     Special Conditions:

1) You must participate in a substance abuse assessment and/or treatment program. While participating in the program, you must follow the rules and regulations of that program.  The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).  You must pay the costs of the substance abuse assessment and/or treatment program, to the extent he/she is financially able to pay.  The U.S. Probation Office must determine your ability to pay and any schedule for payment, subject to the Court's review upon request.

2) You must participate in an alcohol abuse assessment and/or treatment program.  While participating in the program, you must follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).  You must pay the costs of alcohol abuse assessment and/or treatment program, to the extent he/she is financially able to pay.  The U.S. Probation Office must determine your ability to pay and any schedule for payment, subject to the Court's review upon request.

3) You must submit to substance abuse testing to determine if he/she has used a prohibited substance. You must assist in the cost of the testing, as approved by the probation officer.  You must not attempt to obstruct or tamper with the testing methods.

4) You must participate in a mental health treatment program and follow the rules and regulations of that program.  The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).  You must pay the costs of mental health treatment program, to the extent he/she is financially able to pay.  The U.S. Probation Office must determine your ability to pay and any schedule for payment, subject to the Court's review upon request.

(See pages 5 & 6 for additional conditions.)

## MANDATORY CONDITIONS

1.   You must not commit another federal, state or local crime.

2.   You must not unlawfully possess a controlled substance.

3.   You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon.

4.   You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests, thereafter, as determined by the court.

☐     The above drug testing condition is suspended, based on the court's determination that the defendant poses a low Risk of future substance abuse.  *(Check, if applicable.)*

5.   ☐   You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*

6.   ☐   You must cooperate in the collection of DNA as directed by the probation officer. (*check if applicable*)

7.   ☐   You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. (*check if applicable*)

8.   ☐   You must participate in an approved program for domestic violence. (*check if applicable*)

You must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

See Page 4 for the
**"STANDARD CONDITIONS OF SUPERVISION"**

AO 245D (SDAL 01/16) Judgment in a Criminal Case                                    Judgment -- Page 4 of 6

DEFENDANT:              ADAM WALKER
CASE NUMBER:         1:22-CR-00180-001

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. The defendant must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.
3. The defendant must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. The defendant must answer truthfully the questions asked by your probation officer and follow the instructions of the probation officer.
5. The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.
6. The defendant must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
8. The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any persons convicted of a felony unless granted permission to do so by the probation officer.
9. The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
10. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.
11. If the probation officer determines that you pose a risk to another person (including an organization/employer), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
12. The defendant shall support his or her dependents and meet other family responsibilities.
13. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

Defendant's Signature _____    Date _____

U.S. Probation Officer's Signature _____    Date _____

AO 245D (SDAL 01/16) Judgment in a Criminal Case                                              Judgment -- Page 5 of 6

DEFENDANT:            ADAM WALKER
CASE NUMBER:          1:22-CR-00180-001

# SPECIAL CONDITIONS OF RELEASE

5) You must take all mental health medications that are prescribed by your treating physician.  You must pay the costs of the medication, to the extent you are financially able to pay.  The U.S. Probation Office must determine your ability to pay and any schedule for payment, subject to the Court's review upon request.

6) You must provide the probation officer with access to any requested financial information and authorize the release of any financial information.  The probation office may share financial information with the U.S. Attorney's Office.

7) You must not incur new credit charges, or open additional lines of credit, without the approval of the probation officer.

8) If the judgment imposes a financial penalty, you must pay the financial penalty in accordance with the Schedule of Payments sheet of the judgment.  You must also notify the court, through the probation officer, of any changes in economic circumstances that might affect the ability to pay this financial penalty.

9) You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. §1030(e)(l)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer.  Failure to submit to a search may be grounds for revocation of release.  You must warn any other occupants that the premises may be subject to searches pursuant to this condition.  The probation officer may conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation.  Any search must be conducted at a reasonable time and in a reasonable manner.

10) You must not have direct contact with any person under the age of 18 except (1) in the presence of the parent or legal guardian of said minor and (2) on the condition that you notify said parent or legal guardian of your conviction in the instant offense, personal history, prior offenses, and other factors that involve minor victims.  Direct contact includes written communication, in-person communication, verbal communication, or physical contact.  If you do have any direct contact with any child you know or reasonably should know to be under the age of 18, without the permission of the probation officer, you must report this contact to the probation officer within 24 hours.  This provision does not encompass persons under the age of 18, such as waiters, cashiers, ticket vendors, etc., with whom you must deal in order to obtain ordinary and usual commercial services.

11) You must not go to, or remain at, a place for the primary purpose of observing or contacting children under the age of 18.

12) You must not frequent or loiter within 100 feet of school yards, parks, public swimming pools, playgrounds, youth centers, video arcade facilities, libraries, or other places primarily used by persons under the age of 18. (Locations to be set at sentencing.)

13) You must not reside within direct view of school yards, parks, public swimming pools, playgrounds, youth centers, video arcade facilities, libraries, or other places primarily used by persons under the age of 18.  Your residence must be approved by the probation officer, and any change in residence must be pre-approved by the probation officer.  You must submit the address of the proposed residence to the probation officer at least 10 days prior to any scheduled move.

14) You must participate in a sex offense-specific assessment and/or treatment program and follow the rules and regulations of that program.  This includes submission to risk assessment evaluation and physiological testing, such as polygraph, plethysmograph, and Abel testing, and must take all prescribed medication. You must be required to submit to periodic polygraph testing at the discretion of the probation officer as a means to ensure that he or she is in compliance with the requirements of his or her supervision or treatment program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). You must pay the costs of sex offender-specific assessment and/or treatment program, to the extent he/she is financially able to pay. The U.S. Probation Office must determine your ability to pay and any schedule for payment, subject to the Court's review upon request.

15) You must grant a limited waiver of your right of confidentiality in any records of sex offender and/or mental health treatment imposed as a consequence of this judgment to allow the treatment provider to provide information to the probation officer and sign all necessary releases to enable the probation officer to monitor your progress.  You must disclose the presentence report and/or any other previous sex offender or mental health evaluations to the treatment provider.

AO 245D (SDAL 01/16) Judgment in a Criminal Case                                    Judgment -- Page 6 of 6

DEFENDANT:            ADAM WALKER
CASE NUMBER:          1:22-CR-00180-001

## SPECIAL CONDITIONS OF RELEASE

16) You must not view or possess any "visual depiction" (as defined in 18 U.S.C. § 2256) including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of "sexually explicit conduct" (as defined in 18 U.S.C. § 2256), that would compromise your sex offense specific treatment.

17) You must not contact the victim, or (name of other identified parties) by any means, including in person, by mail or electronic means, or via third parties. Further, you must remain at least 100 yards from the victim(s) at all times. If any contact occurs, you must immediately leave the area of contact and report the contact to the probation officer.

18) Your employment, participation in organizations, and/or volunteer activity must be approved by the probation officer, and any change in employment must be pre-approved by the probation officer. You must submit the name and address of the proposed employer, organization, and/or volunteer activity to the probation officer at least 10 days prior to any scheduled change.

19) You are prohibited from access to any computer, Internet Service Provider, bulletin board system, social media application or website, or any other public or private computer network or the service at any location (including employment or education) without prior written approval of the probation officer. Any approval must be subject to any conditions set by the probation officer or the Court with respect to that approval.

20) You must submit your computers (as defined in 18 U.S.C. § 1030(e)(l)) or other electronic communications or data storage devices or media, to a search, which may include retrieval and copying of all memory from hardware/software and/or removal of such system(s) for the purpose of conducting a more thorough inspection. You must warn any other people who use these computers or devices capable of accessing the Internet that the devices may be subject to searches pursuant to this condition. A probation officer may conduct a search pursuant to this condition only when reasonable suspicion exists that there is a violation of a condition of supervision and that the computer or device contains evidence of this violation. Any search will be conducted at a reasonable time and in a reasonable manner.

21) You must allow the probation officer to install computer monitoring software on any computer (as defined in 18 U.S.C. §1030(e)(l)) you use. To ensure compliance with the computer monitoring condition, you must allow the probation officer to conduct initial and periodic unannounced searches of any computers (as defined in 18 U.S.C. § 1030(e)(l)) subject to computer monitoring. These searches must be conducted for the purposes of determining whether the computer contains any prohibited data prior to installation of the monitoring software; to determine whether the monitoring software is functioning effectively after its installation; and to determine whether there have been attempts to circumvent the monitoring software after its installation. You must consent to periodic inspection of any such installed hardware/software to insure it is functioning properly. You must warn any other people who use these computers that the computers may be subject to searches pursuant to this condition. You must pay the costs of the computer monitoring software, to the extent you are financially able to pay. The U.S. Probation Office must determine your ability to pay and any schedule for payment, subject to the Court's review upon request.

22) You must provide the U.S. Probation Office with accurate information about your entire computer system (hardware/software); all passwords used by you; and your Internet Service Provider(s); and will abide by all rules of this Court's Computer Restriction and Monitoring Program.

23) You must not distribute candy or other gifts to persons under 18 years of age on, or concerning, Halloween, Mardi Gras, Easter, Christmas, or any other recognized holiday for which generally candy is distributed or other gifts are given to persons under 18 years of age. You must not use or wear, in any public place of any character whatsoever, or in any open place in view thereof, a hood or mask, or anything in the nature of either, or any facial disguise of any kind or description, calculated to conceal or hide the identity of the person or to prevent him/her from being readily recognized.

24) Restitution of $3,000.00 (less any payments previously made) to:
"Marsh Law Firm PLLC in trust for Andy"
Marsh Law Firm PLLC, Attn: Andy
548 Market Street, #65135
San Francisco, CA 94104-5401